PEOPLE ex rel. NEW YORK, O. & W. R. CO. v. BOARD OF RAILROAD COM'RS et al.

(Supreme Court, Appellate Division, Third Department. May 6, 1908.)

Certiorari by the people, on the relation of the New York, Ontario & Western Railroad Company, to review a determination of the Board of Railroad Commissioners in granting a certificate of public convenience and necessity to the Hancock & East Branch Railroad Company. Determination unanimously confirmed.

Argued before SMITH, P. J., and CHESTER, KELLOGG, COCHRANE, and SEWELL, JJ.

PER CURIAM. Determination unanimously confirmed, with $50 costs and disbursements, upon the opinion in People ex rel. Delaware & Hudson Co. v. Board of Railroad Commissioners and Schenectady & Margaretville R. R. Co., 110 N. Y. Supp. 862.